Certificate Number: 05781-PAE-DE-041216847

Bankruptcy Case Number: 26-12691



05781-PAE-DE-041216847

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 17, 2026, at 7:23 o'clock AM PDT, Shailynn Carter completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   July 17, 2026                    By:     /s/Allison M Geving

                                         Name:   Allison M Geving

                                         Title:   President